UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:21-mj-1137-RJ |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD R. MILLS. | ) | CRIMINAL INFORMATION |

The United States Attorney charges that:

On or about 26 August 2021, in the Eastern District of North Carolina, at Marine Corps Air Station Cherry Point, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DONALD R. MILLS, did enter Marine Corps Air Station Cherry Point, a military installation, for a purpose prohibited by lawful regulation, to wit: entering the BT-11 Restricted Bombing Range Prohibited Area by boat, in violation of 18 U.S.C. § 1382.

G. NORMAN ACKER, III
Acting United States Attorney

By: _____
MARK J. MARSELLA
Special Assistant U.S. Attorney
Criminal Division